■ JOAN V. KUTNER, Respondent, v NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed. (See *Kutner v New England Mut. Life Ins. Co.,* 69 AD2d 997.) (Appeal from order of Erie Supreme Court—reargument.) Present—Simons, J. P., Hancock, Jr., Callahan, Witmer and Moule, JJ.